IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:04cv403-C |
| ) | |
| STEVEN L. FOWLER, d/b/a/ ) | |
| OLHOSS TRADING COMPANY and ) | |
| OLHOSS TRADING COMPANY, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the joint stipulation for dismissal filed on August 10, 2005, it is

ORDERED and ADJUDGED as follows:

1. Judgment be and is hereby entered in favor of the Plaintiff and against the Defendant Steven L. Fowler in the amount of One Hundred Sixteen Thousand Seven Hundred Forty- Five dollars and 00/100 ($116,745.00) plus interest at a rate of twelve percent (12%) per annum from the date of judgment.

2. Judgment be and is hereby entered in favor of the Plaintiff and against the Defendant Steven L. Fowler in the amount of  Forty Thousand dollars and 00/100 ($40,000.00) for the Plaintiff's lost profits, plus interest at a rate of twelve percent (12%) per annum from the date of judgment.

3. All costs be and are hereby taxed against Defendant Steven L. Fowler.

4.  All claims against defendants Olhoss Trading Company LLC and Olhoss Trading Company be and are hereby DISMISSED.

5.  This case be and is hereby DISMISSED with prejudice.

6.  All pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 19th day of August, 2005.

                                        /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE